# *John James *against* Joseph Lyon and Abigail his wife.

Baron and feme have issue, and mortgage the lands of the feme without acknowledging the same, the lands of the feme are bound only during the life of the husband.

SCIRE FACIAS *sur* mortgage.    On case stated.

The mortgaged premises were at the time of the mortgage, and still are the estate of the defendant, Abigail Lyon, the wife of Joseph Lyon, who was married to the said Joseph before the time of executing the said mortgage, and had issue by him.

The mortgage deed was executed by the said Joseph and Abigail at the city of New York, but was never acknowledged by either party.    Proof of the execution thereof was made by one of the subscribing witnesses before the mayor of the city of Philadelphia, *prout* mortgage deed and certificate of probate indorsed.

The question stated for the opinion of the court is, whether the said estate of the said feme covert is bound or affected by the said mortgage, further than during the life of the said husband?

W. Lewis and W. Franklin, *pro quer.*

W. Rawle, *pro def.*

Mr. Lewis being called on for the grounds on which he contended, that the lands of the feme were bound after the death of the husband, declared that the position could not be maintained with any plausibility.

The court being clearly of the same opinion, directed judgment to be entered for the defendants.